**Order entered March 14, 2022**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00116-CR

**JEREMIAH ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F17-33830-L**

### ORDER

We **REINSTATE** this appeal.

We abated for the appointment of counsel. On February 22, 2022, Valencia Bush filed a docketing statement indicating she had been appointed as counsel for appellant. We **DIRECT** the Clerk to list Valencia Bush as counsel. All future correspondence shall be sent to Ms. Bush at the address on file with the Court.

The clerk's and reporter's records are due on June 9, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; to Felicia Pitre, Dallas County District Clerk; to Victoria Franklin, official court reporter, Criminal District Court No. 5; to Valencia Bush; and to the Dallas County District Attorney's Office, Appellate Division.

/s/ LANA MYERS
   JUSTICE